IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 14-cv-00707-WJM

In re:  CHAD DAVID GUBRATH and
        NICOLE DIANN GUBRATH,

    Debtors.

COLLEGE ASSIST, and
MRU STUDENT LOAN TRUST, 2007-A,

    Appellants,

v.

CHAD DAVID GUBRATH and
NICOLE DIANN GUBRATH,

    Appellees.
_____

## FINAL JUDGMENT
_____

PURSUANT TO and in accordance with the Order Affirming Bankruptcy Court's Order Discharging Student Loan Debt, entered by the Honorable William J. Martínez, United States District Judge, on December 10, 2014, it is

ORDERED that the Bankruptcy Court's March 10, 2014 Order discharging the student loan debts of Debtors Chad and Nicole GuBrath is AFFIRMED.

Dated at Denver, Colorado, this 12th day of December 2014.

                                    BY THE COURT:
                                    JEFFREY P. COLWELL, CLERK


                                    By:  Deborah Hansen
                                    Deborah Hansen, Deputy Clerk